# IN THE SUPREME COURT OF THE STATE OF NEVADA

S&J INVESTMENTS, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
                    Appellant,
vs.
NATIONSTAR MORTGAGE, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
                    Respondent.

No. 78414

**FILED**

DEC 0 6 2019

ELIZABETH L. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Richard Scotti, District Judge
        Ayon Law, PLLC
        Akerman LLP/Las Vegas
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-49635